

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> ERIC A. BEARD, <br>     Debtor | Ch. 13 <br> 19-11823-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#144 Motion of U.S. Bank Trust for Relief from Stay and Co-Debtor Stay Re: 5 Waban Street, Natick, MA

**Decision set forth more fully as follows:**

Hearing held on October 14, 2021. For the reasons set forth on the record, the hearing is continued to **December 2, 2021, at 9:45 a.m.** No continuances of the hearing will be allowed.

U.S. Bank Trust is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **October 19, 2021.** If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

For reasons of public health and safety, all participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, dial **1.877.336.1839 and enter access code 1378281#.**

Dated: 10/15/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge